IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et. al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 08-0588 (PLF) |
| ) | |
| JOHN DANIEL BERICH, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**CONSENT MOTION FOR ENLARGEMENT OF TIME
TO FILE PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION
TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER,
AND INCORPORATED MEMORANDUM IN SUPPORT THEREOF**

Plaintiffs, by their undersigned counsel, hereby move for an enlargement of time to file Plaintiffs' Opposition to Defendants' Motion to Dismiss or, in the Alternative to Transfer this action.

1. On April 4, 2008, plaintiffs filed a Complaint in this action.

2. On June 9, 2008, Defendants filed a Motion to Dismiss or, in the Alternative to Transfer this action.

3. Pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court, Plaintiffs' Opposition to Defendant's Motion to Dismiss is currently due Friday, June 20, 2008.

4. Due to the schedule of Plaintiffs' counsel, Plaintiffs need additional time to prepare their Opposition brief.

2456082

5. On June 16, 2008, counsel for the Plaintiffs contacted Defendants' counsel, Susan Schaecher, regarding the requested extension. Ms. Schaecher stated that her clients consented to an extension until July 9, 2008 for Plaintiffs to file their Opposition brief.

6. Granting the requested extension for Plaintiffs' Opposition brief will not affect any other previously scheduled deadlines in this case as no Scheduling Order has yet been entered. No previous extensions have been requested or granted by the Court in this action.

WHEREFORE, Plaintiffs respectfully request that the Court enter an Order granting an enlargement of time until July 9, 2008 for Plaintiffs to file their Opposition to Defendants' Motion To Dismiss or, in the Alternative, to Transfer this action.

Respectfully submitted,

Dated: June 16, 2008

By _____/s/_____
Ira R. Mitzner, DC Bar No. 184564
Charles V. Mehler III, DC Bar No. 475909
Dickstein Shapiro LLP
1825 Eye Street, N.W.
Washington, D.C. 20006
(202) 420-2200 (Telephone)
(202) 420-2201 (Facsimile)

Attorney for Plaintiffs

2456082

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et. al., )<br><br>Plaintiffs, )<br><br>v. )<br><br>JOHN DANIEL BERICH, et al., )<br><br>Defendants. ) | Civil Action No. 08-0588 (PLF) |

### ORDER

Upon consideration of the Plaintiffs' Consent Motion for Enlargement of Time to File Paintiffs' Opposition to Defendant's Motion to Dismiss or, in the Alternative, To Transfer, the Court finds that the motion should be granted. **ACCORDINGLY**, it is hereby

**ORDERED**, that the motion be, and it hereby is, **GRANTED**, and further

**ORDERED** that the due date for the Plaintiffs' Opposition to Defendant's Motion to Dismiss is extended to July 9, 2008.

**SO ORDERED**, this _____ day of_____, 2008.

_____
Paul L. Friedman
United States District Judge

2456122