IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN J. FLYNN, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>JOHN DANIEL BERICH, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 08-cv-0588-PLF |

**CONSENT MOTION FOR ENLARGEMENT OF TIME
TO FILE DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION
TO DEFENDANTS' MOTION TO DISMISS OR,
IN THE ALTERNATIVE, TO TRANSFER AND TO FILE
DEFENDANT INTEGRITY'S ANSWER OR OTHER RESPONSE
<u>TO FIRST AMENDED COMPLAINT</u>**

Defendants, by and through undersigned counsel, hereby move for an enlargement of time to file their reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss or, in the Alternative, to Transfer and also for Defendant Integrity Equipment Company, Inc. to answer or otherwise respond to Plaintiffs' First Amended Complaint..

1.  Plaintiffs filed their First Amended Complaint in this action on July 9, 2008, naming as defendants John Daniel Berich and Todd Berich, both individually, and Integrity Equipment Company as defendants.

2.  On July 31, 2008, plaintiffs informally inquired whether counsel for Defendants John Daniel Berich and Todd Berich would accept service of process. On August 8, undersigned counsel received, executed and returned to plaintiffs' counsel the acknowledgment of service on behalf of Integrity Equipment Company.

1

3.      Meanwhile, Defendants John Daniel Berich and Todd Berich filed a motion to dismiss plaintiff's First Amended Complaint.  On August 4, 2008, plaintiffs filed Plaintiffs' Opposition to Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint or, in the Alternative, to Transfer.  Pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court, Defendants John Daniel Berich and Todd Berich's reply to plaintiffs' opposition would otherwise be due Monday, August 11, 2008.

4.      In order to bring the responses of all defendants to the First Amended Complaint and the briefing on the motion to dismiss more in line with each other, defendants file this motion.  Additionally, due to previously-set business travel commitments of several of defendants' attorneys, Defendants John Daniel Berich and Todd Berich request additional time to prepare their reply to plaintiffs' opposition.

5.      On August 8, 2008, counsel for defendants contacted plaintiffs' counsel, Johnisha Matthews, regarding this extension request.  Attorney Matthews stated that plaintiffs consented to an extension up to and including September 30, 2008 for Defendants John Daniel Berich and Todd Berich to file their reply to plaintiffs' opposition and for Defendant Integrity to file its response to the First Amended Complaint.

6.      Granting the requested extension for defendants to respond to Plaintiffs' Opposition to Defendants' Motion to Dismiss will not affect any other previously scheduled deadlines in this case as no Scheduling Order has yet been entered.

Respectfully submitted this 11th day of August, 2008.

        By:  s/ Mary Lou Smith
        Mary Lou Smith
        D.C. Bar No. 389507
        HOWE, ANDERSON & STEYER, P.C.
        815 Connecticut Avenue, N.W., Suite 620
        Washington, D.C.  20006
        202-296-5680
        202-331-8049 fax
        mlsmith@haspc.com

        By: s/ Robert R. Miller
        Robert R. Miller
        Susan M. Schaecher
        STETTNER MILLER, P.C.
        1050 17th Street, Suite 700
        Denver, CO  80265-2008
        (303) 534-0273
        (303) 534-5046 fax
        rmiller@stetmil.com
        sschaecher@stetmil.com
        Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN J. FLYNN, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>JOHN DANIEL BERICH, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 08-cv-0588-PLF |

**ORDER GRANTING CONSENT MOTION**

THIS MATTER having come before the Court on defendants' Consent Motion for Enlargement of Time to File Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss or, in the Alternative, to Transfer, and to File Defendant Integrity's Answer or Other Response to First Amended Complaint the Court finds that the motion should be granted. **ACCORDINGLY**, it is hereby

**ORDERED,** that the motion should be, and it hereby is, **GRANTED,** and further

**ORDERED** that the due date for Defendant John Daniel Berich and Todd Berich to reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss is extended to September 30, 2008 and

**ORDERED** that Defendant Integrity Equipment Company's due date to answer or otherwise respond to First Amended Complaint is September 30, 2008.

**SO ORDERED,** this _____ day of _____, 2008.

_____
U.S. District Court Judge