IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN J. FLYNN, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 08-cv-0588-PLF |
| JOHN DANIEL BERICH, et al., | ) |
| Defendants. | ) |

## MOTION TO APPEAR PRO HAC VICE

Pursuant to Local Civil Rule 83.2(d), undersigned counsel respectfully moves this court to permit the appearance pro hac vice of Robert R. Miller as counsel for defendants in this matter. The attached declaration of Mr. Miller is submitted in support of this motion. The undersigned will appear along with Mr. Miller as counsel for defendants in compliance with LCVR 83.2(c)(1). Counsel for plaintiffs do not oppose this motion.

Respectfully submitted this 18th day of August, 2008.

s/ Mary Lou Smith
Mary Lou Smith
D.C. Bar No. 389507
HOWE, ANDERSON & STEYER, P.C.
815 Connecticut Avenue, N.W., Suite 620
Washington, D.C. 20006
202-296-5680
202-331-8049 fax
mlsmith@haspc.com

Attorney for Defendants

## Declaration of Robert R. Miller

I, Robert R. Miller, hereby declare the following:

1. My full name, office address and telephone number is:

   Robert R. Miller, Esq.
   Stettner Miller, P.C.
   1050 Seventeenth Street
   Suite 700
   Denver, Colorado 80265-2008
   (303) 534-0273
   (303) 534-5036 (fax)

2. I am a member in good standing of the State of Colorado Bar and the Bar of the United States District Court for the District of Colorado, the Bar of the Ninth, Tenth and Eleventh Circuit Courts of Appeals and the Bar of the United States Supreme Court.

3. I have not been disciplined by any bar.

4. I have not been admitted pro hac vice in this court within the last two years.

_____
Robert R. Miller

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN J. FLYNN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 08-cv-0588-PLF |
| ) | |
| JOHN DANIEL BERICH, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of the motion of Mary Lou Smith to permit the appearance pro hac vice of Robert R. Miller as counsel for defendants in this action, it is this ____ day of _____, 2008

ORDERED that the motion be and hereby is GRANTED.

_____
United States District Court Judge