IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN J. FLYNN, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>JOHN DANIEL BERICH, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 08-cv-0588-PLF |

## MOTION TO APPEAR PRO HAC VICE

Pursuant to Local Civil Rule 83.2(d), undersigned counsel respectfully moves this court to permit the appearance pro hac vice of Susan M. Schaecher as counsel for defendants in this matter. The attached declaration of Ms. Schaecher is submitted in support of this motion. The undersigned will appear along with Ms. Schaecher as counsel for defendants in compliance with LCVR 83.2(c)(1). Counsel for plaintiffs do not oppose this motion.

Respectfully submitted this 18th day of August, 2008.

              s/ Mary Lou Smith
              Mary Lou Smith
              D.C. Bar No. 389507
              HOWE, ANDERSON & STEYER, P.C.
              815 Connecticut Avenue, N.W., Suite 620
              Washington, D.C.  20006
              202-296-5680
              202-331-8049 fax
              mlsmith@haspc.com

              Attorney for Defendants

<u>Declaration of Susan M. Schaecher</u>

I, Susan M. Schaecher, hereby declare the following:

1. My full name, office address and telephone number is:

   Susan M. Schaecher, Esq.
   Stettner Miller, P.C.
   1050 Seventeenth Street
   Suite 700
   Denver, Colorado 80265-2008
   (303) 534-0273
   (303) 534-5036 (fax)

2. I am a member in good standing of the State of Colorado Bar, State of Nebraska Bar, the Bar of the United States District Court for the District of Colorado, the Bar of the United States District Court for the District of Nebraska, the Bar of the Tenth Circuit Court of Appeals and the Bar of the United States Supreme Court.

3. I have not been disciplined by any bar.

4. I have not been admitted <u>pro</u> <u>hac</u> <u>vice</u> in this court within the last two years.

_____
Susan M. Schaecher

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
JOHN J. FLYNN, et al.,              )
                                    )
         Plaintiffs,                )
                                    )
    v.                              )   Civil Action No. 08-cv-0588-PLF
                                    )
JOHN DANIEL BERICH, et al.,         )
                                    )
         Defendants.                )
_____)

**ORDER**

Upon consideration of the motion of Mary Lou Smith to permit the appearance pro hac vice of Susan M. Schaecher as counsel for defendants in this action, it is this _____ day of

_____, 2008

ORDERED that the motion be and hereby is GRANTED.

_____
United States District Court Judge